# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: ROBERT S. KING                        §          Case No. 11-83128
     DOROTHY P. KING                   §
                                 §
         Debtor(s)                       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on 07/18/2011.

2)  The plan was confirmed on 11/16/2011.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
    11/02/2012.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan
    on 06/04/2012.

5)  The case was completed on 03/03/2015.

6)  Number of months from filing or conversion to last payment: 43.

7)  Number of months case was pending: 45.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $4,315.00.

10) Amount of unsecured claims discharged without full payment: $52,930.95.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 18,048.38 | |
| Less amount refunded to debtor(s) | $ 356.38 | |
| **NET RECEIPTS** | | $ 17,692.00 |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,001.59 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,501.59 |

Attorney fees paid and disclosed by debtor(s):     $ 0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| JP MORGAN CHASE BANK | Sec | 9,075.00 | 14,581.90 | 9,075.00 | 9,075.00 | 984.80 |
| JP MORGAN CHASE BANK | Uns | 5,624.00 | 0.00 | 5,506.90 | 745.70 | 0.00 |
| HARLEY-DAVIDSON CREDIT CORP | Uns | 10,725.00 | 8,839.77 | 8,839.77 | 1,196.99 | 0.00 |
| ABA BUSINESS ACCOUNTS INC | Uns | 532.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT ADJUSTMENT BUREAU | Uns | 2,030.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MG | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 161.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN VISION CENTER | Uns | 38.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BUSINESS SERVICE | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| BCR | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEM | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,426.00 | 1,426.51 | 1,426.51 | 193.16 | 0.00 |
| CITY OF ROCKFORD | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| COMED 26499 | Uns | 292.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY | Uns | 3,356.00 | 3,051.91 | 3,051.91 | 413.26 | 0.00 |
| CORPORATE AMERICA FCU | Uns | 3,220.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDIT COLLECTIONS SERVICES | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 62.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 114.00 | 1,079.80 | 1,079.80 | 146.21 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 25.00 | 25.00 | 25.00 | 3.38 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 935.00 | 935.25 | 935.25 | 126.64 | 0.00 |
| CREDITORS PROTECTION | Uns | 391.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 237.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Uns | 387.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF MITCHEL N KAY | Uns | 113.00 | NA | NA | 0.00 | 0.00 |
| LINCARE | Uns | 219.00 | NA | NA | 0.00 | 0.00 |
| MED PLUS | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| MINISTRY DOOR COUNTY MED CTR | Uns | 524.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 368.00 | NA | NA | 0.00 | 0.00 |
| PMH FINANCIAL | Uns | 10,961.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 485.00 | 432.21 | 432.21 | 58.53 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 166.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 263.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 572.00 | 15.00 | 15.00 | 2.03 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 527.00 | 572.23 | 572.23 | 77.48 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 5,230.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 430.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 1,527.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 430.00 | 942.34 | 942.34 | 127.60 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 394.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD RADIOLOGY ASSOC | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD REHAB MEDICINE | Uns | 1,185.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOC OF NORTHERN IL | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 139.00 | 112.74 | 112.74 | 15.27 | 0.00 |
| T - MOBILE | Uns | 336.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 144.00 | 179.90 | 179.90 | 24.36 | 0.00 |
| TRINSIC RESIDENTIAL | Uns | 290.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY | Uns | 247.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 9,075.00 | $ 9,075.00 | $ 984.80 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,075.00 | $ 9,075.00 | $ 984.80 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 23,119.56 | $ 3,130.61 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 4,501.59 |
| Disbursements to Creditors | $ 13,190.41 |
| **TOTAL DISBURSEMENTS:** | $ 17,692.00 |

UST Form 101-13-FR-S (9/1/2009)

    12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  _05/12/2015_            By:  _/s/ Lydia S. Meyer_
                                        Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**